Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046

Attorneys for Plaintiff
Natividad Gutierrez

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIVIDAD GUTIERREZ,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>LAS NIEVES dba EL MERCADO LAS NIEVES and LUIS G. SANCHEZ,<br><br>　　　　Defendants. | No.  1:10-CV-01882-SMS<br><br>**STIPULATION FOR DISMISSAL OF ACTION; ORDER** |

　　　IT IS HEREBY STIPULATED by and between Plaintiff Natividad Gutierrez and Defendants Las Nieves dba El Mercado Las Nieves and Luis G. Sanchez, the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.

Date: September 6, 2011　　　　　　　　　　　　　MOORE LAW FIRM, P.C.


　　　　　　　　　　　　　　　　　　　　　　　/s/Tanya E. Moore
　　　　　　　　　　　　　　　　　　　　　　　Tanya E. Moore
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff Natividad Gutierrez

///

///

Page 1

Date: September 6, 2011                              CASWELL BELL & HILLISON LLP

                                                     /s/ Kimberly L. Mayhew
                                                     Kimberly L. Mayhew, Attorneys for
                                                     Defendants Las Nieves, Inc. and
                                                     Luis G. Sanchez

## **ORDER**

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated:   **September 6, 2011**                    **/s/ Sandra M. Snyder**
                                                  UNITED STATES MAGISTRATE JUDGE